In the Matter of ADRIAN G. BANCKER, Appellant, v. HENRY A. SAHM et al., Constituting the Town Board of the Town of North Hempstead, Respondents.— In a proceeding under article 78 of the Civil Practice Act, petitioner appeals from an order of the Supreme Court,, Nassau County, dated March 12, 1959, denying his motion to direct the respondents, constituting the Town Board of the Town of North Hempstead, to hold a public hearing on his application for a permit to store inflammable materials, to be used in connection with a proposed gasoline service station, on petitioner's premises. Order affirmed, with costs. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

In the Matter of the Arbitration between GENEVIEVE DE TURRIS et al., Respondents, and GREAT AMERICAN INSURANCE COMPANY, Appellant.— In an arbitration proceeding which involves the validity of an award rendered by the arbitrator upon claims asserted under an automobile liability policy providing for arbitration, the insurance company appeals from the following orders and judgment of the Supreme Court, Nassau County: (1) an order, dated April 1, 1960, which granted petitioners' motion to confirm the arbitrator's award in their favor and which directed the entry of judgment thereon; (2) the judgment, dated the same day, entered upon said order; and (3) an order, dated May 4, 1960, which granted the insurance company's motion for reargument of the prior motion and adhered to the original decision. Orders and judgment affirmed, with one bill of costs. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.